UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   KIMBERLY T RUSH    §    Case No.: 09-48611
§
§
§
§
Debtor(s)    §
---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/23/2009.

2) This case was confirmed on 03/11/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/20/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/14/2010.

5) The case was converted on 03/11/2011.

6) Number of months from filing to the last payment:  9

7) Number of months case was pending:  16

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     3,394.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 2,645.79 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 2,645.79 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,005.78 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 136.01 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 2,141.79 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREDIT ACCEPTANCE CO | UNSECURED | NA | 3,643.07 | 3,643.07 | .00 | .00 |
| SOUTHERN AUTO FINANC | SECURED | 4,575.00 | 11,473.48 | 4,575.00 | 75.00 | .00 |
| SOUTHERN AUTO FINANC | UNSECURED | 5,525.00 | .00 | 6,898.48 | .00 | .00 |
| HANS MOTOR SALES | SECURED | 1,400.00 | .00 | .00 | 25.00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | 12,642.00 | 12,463.19 | 12,463.19 | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | 1,788.00 | 4,318.90 | 4,318.90 | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | .00 | 20,777.31 | 20,777.31 | .00 | .00 |
| JANITA DORSEY | OTHER | .00 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | .00 | 16,225.85 | 16,225.85 | .00 | .00 |
| JOYCE ROBINSON | OTHER | .00 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | .00 | NA | NA | .00 | .00 |
| KERRON MOTLEY | OTHER | .00 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | .00 | NA | NA | .00 | .00 |
| TERRIA RICHARDS | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 54.00 | 630.75 | 630.75 | .00 | .00 |
| US CELLULAR CHICAGO | UNSECURED | 246.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 10,250.00 | 10,496.17 | .00 | .00 | .00 |
| SBC ILLINOIS | UNSECURED | 983.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 275.00 | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | 5,861.00 | 5,861.85 | 5,861.85 | .00 | .00 |
| ASPIRE | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 90.00 | 90.88 | 90.88 | .00 | .00 |
| CAPITAL MGMT VENTURE | UNSECURED | 210.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BIG | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CASHCALL INC | UNSECURED | 2,378.00 | 6,343.55 | 6,343.55 | .00 | .00 |
| FOUNDATION EMERGENCY | UNSECURED | 116.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 1,893.00 | NA | NA | .00 | .00 |
| DR WATERS OF NORTH A | UNSECURED | 244.00 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 375.00 | NA | NA | .00 | .00 |
| COLUMBUS BANK & TRUS | UNSECURED | 1,248.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 277.00 | 550.01 | 550.01 | .00 | .00 |
| COTTAGE EMERGENCY PH | UNSECURED | 647.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 1,347.00 | NA | NA | .00 | .00 |
| WOW INTERNET CABLE S | UNSECURED | 457.00 | NA | NA | .00 | .00 |
| WOW INTERNET CABLE S | UNSECURED | 420.00 | NA | NA | .00 | .00 |
| WOW INTERNET CABLE S | UNSECURED | 357.00 | NA | NA | .00 | .00 |
| BUD S AMBULANCE SERV | UNSECURED | 922.00 | NA | NA | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 638.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 254.00 | NA | NA | .00 | .00 |
| COMCAST CABLE | UNSECURED | 659.00 | NA | NA | .00 | .00 |
| SBC ILLINOIS | UNSECURED | 91.00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 4,142.00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 1,634.00 | NA | NA | .00 | .00 |
| COMED | UNSECURED | 918.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| JACKSON PARK HOSPITA | UNSECURED | 382.00 | NA | NA | .00 | .00 |
| ECONOMY INTERIORS IN | UNSECURED | 1,429.00 | 1,429.09 | 1,429.09 | .00 | .00 |
| UNIVERSITY RADIOLOGY | UNSECURED | 464.00 | NA | NA | .00 | .00 |
| METROPOLITAN AUTO | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST CONSUMER NATIO | UNSECURED | 1,593.00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 234.00 | NA | NA | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | 179.00 | NA | NA | .00 | .00 |
| NATIONWIDE LOANS LLC | UNSECURED | 812.00 | 2,747.10 | 2,747.10 | .00 | .00 |
| MOUNT SINAI HOSPITAL | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| NEW MILLENNIUM BANK | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 351.00 | NA | NA | .00 | .00 |
| DEBT RECOVERY SOLUTI | UNSECURED | 655.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 950.00 | 746.00 | 746.00 | .00 | .00 |
| PREFERRED OPEN MRI | UNSECURED | 2,720.00 | 2,774.53 | 2,774.53 | .00 | .00 |
| GUARANTY/BEST BANK | UNSECURED | 443.00 | NA | NA | .00 | .00 |
| PREMIER BANKCARD/CHA | UNSECURED | 1,197.00 | 254.08 | 254.08 | .00 | .00 |
| CROSSINGS BOOK CLUB | UNSECURED | 73.00 | NA | NA | .00 | .00 |
| CHILDRENS BOMC | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| FINANCIALPROCESSING. | UNSECURED | 80.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US CELLULAR | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 40,538.00 | .00 | .00 | .00 | .00 |
| MR O FLEMISTER | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | 5,936.00 | 5,936.00 | .00 | .00 |
| ASHLEY FUNDING | UNSECURED | NA | 1,079.00 | 1,079.00 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 404.00 | 404.00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 128.68 | 128.68 | .00 | .00 |
| SECURITY CREDIT SERV | UNSECURED | NA | 442.17 | 442.17 | .00 | .00 |
| COMCAST | UNSECURED | 509.61 | NA | NA | .00 | .00 |
| COTTAGE EMERGENCY PH | UNSECURED | 1,079.00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 201.89 | NA | NA | .00 | .00 |
| JACKSON PARK HOSPITA | UNSECURED | 4,374.71 | NA | NA | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | 139.05 | NA | NA | .00 | .00 |
| NCO FINANCIAL | UNSECURED | 817.11 | NA | NA | .00 | .00 |
| PREFERRED OPEN MRI | UNSECURED | 2,856.13 | NA | NA | .00 | .00 |
| THE FRIEDELL CLINIC | UNSECURED | 494.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF IL MED | UNSECURED | 2,184.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF IL MED | UNSECURED | 441.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF IL MED | UNSECURED | 889.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 439.79 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 4,575.00 | 75.00 | .00 |
| All Other Secured | .00 | 25.00 | .00 |
| **TOTAL SECURED:** | 4,575.00 | 100.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 53,785.25 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,034.75 | 404.00 | .00 |
| **TOTAL PRIORITY:** | 54,820.00 | 404.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 38,924.49 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,141.79 |
| Disbursements to Creditors | $ | 504.00 |
| **TOTAL DISBURSEMENTS:** | $ | 2,645.79 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/12/2011         /s/ Tom Vaughn
                          Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**